No. 10-10358. V. G., Petitioner v. Sacramento County Department of Health and Human Services.

565 U.S. 1057, 132 S. Ct. 798, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8641.

November 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

Same case below, 188 Cal. App. 4th 392, 114 Cal. Rptr. 3d 638.